# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| M. MILKES INSURANCE AGENCY, INC., on behalf of plaintiff and the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> AMERILIST, INC., and JOHN DOES 1-10 <br><br> Defendants. | 16 CV 6778 <br><br> Judge Der-Yeghiayan |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up hearing on damages and attorney's fees and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Amerilist, Inc., and in Plaintiff M. Milkes Insurance Agency Inc.'s favor, in the amount of $1,500.00 for Plaintiff in statutory damages, plus $6,757.50 in attorney's fees and $510.00 in costs of suit.

Defendant Amerilist, Inc., is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to Plaintiff M. Milkes Insurance Agency Inc.

Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: 8/15/17

United States District Judge